# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2021

## NO. 03-19-00229-CV

**San Angelo Community Medical Center, LLC; Regional Employee Assistance Program, Inc. d/b/a Community Medical Associates; and Michael S. Blanc, M.D., Appellants**

**v.**

**Miltiadis Leon, M.D., and Cardiology Associates of West Texas, P.A., Appellees**

---

**APPEAL FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the interlocutory order signed by the trial court on April 1, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the portion of the trial court's order denying appellants' TCPA motion to dismiss as to Dr. Leon's and Cardiology Associates of West Texas, P.A.'s business-disparagement claim and remand to the trial court as to that claim for the issue of attorney's fees, costs, and sanctions. We affirm the remainder of the order. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.